```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 06551
    LETICIA MOTA
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-0764

-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
    The case was filed on 06/06/2006 and was confirmed 07/31/2006.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  40.00%.

    The case was dismissed after confirmation 03/02/2009.
-----------------------------------------------------------------------
CREDITOR NAME                CLASS           CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                                PAID            PAID
-----------------------------------------------------------------------
CHARTER ONE MORTGAGE      CURRENT MORTG           .00             .00             .00
CCO MORTGAGE              CURRENT MORTG           .00             .00             .00
AMERICAN GENERAL FINANCE  SECURED NOT I           .00             .00             .00
AMERICAN GENERAL FINANCE  UNSECURED         NOT FILED             .00             .00
AMERICAN GENERAL FINANCE  NOTICE ONLY       NOT FILED             .00             .00
AMERICAN GENERAL FINANCE  SECURED              800.00           89.18          719.73
AMERICAN GENERAL FINANCE  UNSECURED           1794.70             .00          291.03
ECAST SETTLEMENT CORP     UNSECURED           8132.06             .00         1372.68
ECAST SETTLEMENT CORP     UNSECURED          18197.18             .00         3071.60
PORTFOLIO RECOVERY ASSOC  UNSECURED          14624.01             .00         2468.44
CHASE                     NOTICE ONLY       NOT FILED             .00             .00
CHASE                     NOTICE ONLY       NOT FILED             .00             .00
B-REAL LLC                UNSECURED          22199.73             .00         3747.21
CHASE/BANK ONE            NOTICE ONLY       NOT FILED             .00             .00
ECAST SETTLEMENT CORP     UNSECURED           1801.45             .00          292.10
AMERICAN GENERAL FINANCE  SECURED NOT I       2594.70             .00             .00
PETER FRANCIS GERACI      DEBTOR ATTY         1,680.00                        1,680.00
TOM VAUGHN                TRUSTEE                                               942.03
DEBTOR REFUND             REFUND                                                   .00

         Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                      RECEIPTS           DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE              14,674.00

PRIORITY                                         .00
SECURED                                       719.73
   INTEREST                                    89.18
UNSECURED                                  11,243.06
ADMINISTRATIVE                              1,680.00
TRUSTEE COMPENSATION                          942.03

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 06551 LETICIA MOTA
```

```
DEBTOR REFUND                                                           .00
                                        ---------------      ---------------
TOTALS                                        14,674.00            14,674.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
    Dated: 03/26/09                     _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE




                            PAGE   2
        CASE NO. 06 B 06551 LETICIA MOTA